435 A.2d 238

Commonwealth v. Ferguson, Appellant.

Submitted November 14, 1980.
George B. Stegenga, for appellant; Lawrence R. Zewe, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.